Robert Cassity, Nevada Bar No. 9779
BCassity@hollandhart.com
HOLLAND & HART
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Telephone: 702.222.2500
Facsimile: 702.669.4650

David A. Perez*
DPerez@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:  +1.206.359.8000
Facsimile:  +1.206.359.9000

Jessica R. Frenkel*
JFrenkel@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone:  +1.303.291.2300
Facsimile:  +1.303.291.2400

Attorneys for Defendant LOGE Camps LLC

* *pro hac vice* applications forthcoming

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Top Media, LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> LOGE Camps LLC, a Washington Limited Liability Company; and Defendant DOES 1-100 and ROES 1-100, <br><br> Defendants. | Case No. 2:25-CV-00009-JAD-MDC <br><br> **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED and AGREED by and between undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1 that LOGE Camps

-1-

34151586_v1

1  LLC's ("LOGE") deadline to answer the Complaint in this matter is extended by 10 days from
2  February 3, 2025 to February 13, 2025.
3       Good cause exists for the agreed extension because (1) this is the first extension that
4  LOGE has requested in this matter and (2) more time is necessary to gather the evidence required
5  to answer Plaintiffs' Complaint.
6       The parties further stipulate and agree that this extension does not constitute a waiver of
7  any claim, right, or defense.
8       The parties therefore respectfully request that the Court enter the proposed order, in the
9  form required by Local Rule IA 6-2, below.
10 IT IS SO STIPULATED.
11 Dated: February 3, 2025

12 By: /s/ Stephanie A. Garabedian     By: /s/ Robert J. Cassity
13 Robin P. Wright, Nevada Bar No. 9296     Robert Cassity, Nevada Bar No. 9779
   Stephanie A. Garabedian, Nevada Bar No.     9555 Hillwood Drive, 2nd Floor
14 9612     Las Vegas, NV 89134
   8337 W. Sunset Rd., Suite 220
15 Las Vegas, NV 89113
       David A. Perez*
16 Attorneys for Plaintiff TOP MEDIA, LLC     1201 Third Avenue, Suite 4900
       Seattle, WA 98101-3099
17
       Jessica R. Frenkel*
18     1900 Sixteenth Street, Suite 1400
       Denver, CO 80202-5255
19     Attorneys for Defendant LOGE Camps LLC
20
       * *pro hac vice* applications forthcoming
21
22
23     IT IS SO ORDERED:
24
25     _____
       Hon. Maximiliano D. Couvillier III
26     United States Magistrate Judge
       DATED: 2/4/2025
27
28

34151586_v1