UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Top Media, LLC,<br><br>                Plaintiff(s),<br><br>vs.<br><br>Loge Camps LLC,<br><br>                Defendant(s). | 2:25-cv-00009-JAD-MDC<br><br>**ORDER DENYING STIPULATION** |

       **IT IS ORDERED** that the *Joint Discovery Plan and Scheduling Order* (ECF No. 22) is **DENIED WITHOUT PREJUDICE**. The stipulation does not comply with LR 26-1(b). The stipulation seeks a discovery period longer than the standard 180 days. Per LR 26-1(b)(1), the standard 180-day discovery period is measured from the date the first defendant appears, not the date of the parties' Rule 26(f) conference. The defendant first appeared on February 13, 2025 (ECF No. 10). The parties' stipulation also fails to explain and demonstrate excusable neglect why the parties did not conduct the Rule 26(f) conference until April 7, 2025. LR 26-1(a) requires the parties to hold the Rule 26(f) conference within 30 days of the defendant's first appearance and submit the Stipulated Discovery Plan and Scheduling Order within 14 days thereafter. The filing of a motion to dismiss does not stay discovery or the parties' obligation under LR 26-1. LR IA 6-1(a) and LR 26-3 require the parties to show failure to act timely was the result of excusable neglect. Finally, the stipulation does not comply with LR IA 6-2, which requires the signature block to appear on the same page as the last substantive matter. The parties may submit an amended Stipulation in compliance with the foregoing and showing excusable neglect and articulating good cause for the longer requested discovery period.

       DATED this 23rd day of April 2025.

       IT IS SO ORDERED.

                                                                _____

                                                               Hon. Maximiliano D. Couvillier III<br>
                                                                United States Magistrate Judge