**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Top Media, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>Loge Camps, LLC,<br><br>          Defendant. | Case No. 2:25-cv-00009-JAD-MDC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME (ECF NO. 30) AND DENYING MOTION TO EXTEND TIME AS MOOT (ECF NO. 29)** |

The Court has reviewed plaintiff's Unopposed *Motion to Extend Time* ("Motion") (ECF No. 30) regarding the discovery deadlines in this matter. Plaintiff request to extend the pending discovery deadlines in this matter. *ECF No. 30*. Plaintiff also notes that defendant's counsel does not oppose the requested extension. *Id.* For good cause shown and because the Motion is unopposed, the Court **GRANTS** the Motion. The Court also **DENIES** plaintiff's prior *Motion to Extend* (ECF No. 29) as moot. The schedule for completing discovery is now as follows:

| | **Former Date** | **Current Date** |
|---|---|---|
| Amend Pleadings and Add Parties: | May 14, 2025 | Completed |
| Initial Expert Disclosures: | June 13, 2025 | Completed |
| Rebuttal Expert Disclosures: | July 14, 2025 | Completed |
| Close of Discovery: | February 9, 2026 | June 9, 2026 |
| Dispositive Motions: | March 10, 2026 | July 8, 2026 |
| Joint Pretrial Order: | April 13, 2026 | August 11, 2026. |

The Court cautions that future unilateral requests to extend discovery will not be considered. The parties must submit a stipulation or follow the Court's Standing Order (ECF No. 4) if they are unable to reach an agreement.

1

ACCORDINGLY,

**IT IS ORDERED that:**

1.      Plaintiff's Unopposed *Motion to Extend Time* (ECF No. 30) is **GRANTED.** The discovery deadlines are extended as noted in this Order.

2.      Plaintiff's prior *Motion to Extend time* (ECF No. 29) is **DENIED** as moot.

3.      Parties are cautioned that future unilateral requests to extend discovery will not be considered. The parties must submit a stipulation or follow the Court's Standing Order (ECF No. 4) if they are unable to reach an agreement.


DATED: January 21, 2026.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

2