# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Top Media, LLC,<br><br>Plaintiff<br><br>vs.<br><br>Loge Camps LLC,<br><br>Defendant. | Case No. 2:25-cv-00009-JAD-MDC<br><br>**ORDER DIRECTING CLERK OF COURT TO SERVE ORDERS TO DEFENDANT** |

On July 2, 2026, the Court issued an Order to Show Cause ("7/2/26 OSC") (ECF No. 40) for defendant to show why it should not be sanctioned for violating the Court's March 17, 2026 Order (ECF No. 39) for failing to retain counsel in this case. However, it is unclear if defendant received the 7/2/26 OSC as defendant's physical address for service has not been made available on the docket or in the filings for this case. Former defendant's counsel noted that it served their *Joint Motion to Withdraw* (ECF No. 38) to Eric Camm, Chief Restructuring Officer of Lodge Camps, LLC at ericc@turning-point.com.

Giving defendant the benefit of the doubt and another opportunity to respond, the Court kindly directs the Clerk of Court to re-serve the 7/2/26 OSC and this Order to defendant by using the electronic mail address ericc@turning-point.com.

Defendant shall then have until **January 4, 2026** to: (1) file a response to the 7/2/26 OSC; and (2) file a notice of physical address with the Court. Defendant's failure to timely comply with this Order may result in sanctions and the Clerk of Court entering default against defendant in this case.

//

//

//

ACCORDINGLY,

**IT IS ORDERED** that:

1. The Clerk of Court to re-serve the Order to Show Cause (ECF No. 40) and this Order on defendant by using the electronic mail address ericc@turning-point.com.
2. Defendant shall have until **January 4, 2026** to: (1) file a response to the Order to Show Cause; and (2) file a notice of physical address with the Court.
3. Defendant's failure to timely comply with this Order may result in sanctions and the Clerk of Court entering default against defendant in this case.

Dated: November 23, 2026.

IT IS SO ORDERED.

_____________________________

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any

change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.